# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**United States of America**,

        Plaintiff,

        Case 3:17-po-192

-vs-

        Magistrate Judge Ovington

**Robert Bowling,**

        Defendant.

## ORDER

On oral motion of the United States in open court, pursuant to the plea agreement of the parties and Fed. R. Crim. P. 7(e), and with the Defendant's consent, the charge of Criminal Damaging or Endangering, in violation of Section 2909.06 (A)(1) of the Ohio Revised Code made in Count 2 of the Information, is hereby AMENDED to a charge of Criminal Damaging or Endangering, in violation of Section 2909.06 (A)(2) of the Ohio Revised Code.

IT IS SO ORDERED.

Date: 1/10/18

_____
United States Magistrate Judge

_____
Assistant United States Attorney